UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 8:11-cr-33-T-30TBM

BENJAMIN TARANGO

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Forfeiture Money Judgment (Doc. 27) in the amount $9,250.00, which, at sentencing, shall become a final order of forfeiture as to defendant Benjamin Tarango.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained at least $9,250.00 as a result of the drug trafficking alleged in Counts One through Five of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).  Accordingly, it is hereby ORDERED AND ADJUDGED that for good cause shown, the United States' motion (Doc. 27) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853 and Fed R. Crim. P. 32.2(b)(2), defendant Benjamin Tarango is liable for a forfeiture money judgment in the amount of $9,250.00, which represents the amount of proceeds obtained by the defendant as a result of the drug trafficking charged in Counts One through Five of the Indictment.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any of the defendant's property that the United States is entitled to seek as a substitute asset to satisfy the money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on April 21, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-33.fj money 27.wpd